IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANTHONY MARIAROSSI,

       Appellant,

v.

                                   Case No.  5D22-2894
                                   LT Case No. 2015-CF-1104-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed March 7, 2023

3.800 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Anthony Mariarossi, Wewahitchka,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY and HARRIS, JJ., concur.